Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>AMARIN PHARMACEUTICALS, INC.; AMARIN PHARMA, INC.; AMARIN PHARMACEUTICALS IRELAND LIMITED; AMARIN PHARMACEUTICALS IRELAND LIMITED d/b/a/ AMARIN PHARMACEUTICALS LIMITED,<br><br>Defendants. | Adv. Proc. No. 2-22-02007 (PRW) |

## STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff"

or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and

defendants, Amarin Pharmaceuticals, Inc.; Amarin Pharma, Inc.; Amarin Pharmaceuticals Ireland

Limited; Amarin Pharmaceuticals Ireland Limited d/b/a/ Amarin Pharmaceuticals Limited

("Defendants", and together with Plaintiff, the "Parties"), by and through their undersigned

attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022; and

WHEREAS, on February 4, 2022, Defendants were served with the Summons and Complaint.

The Parties hereby stipulate and agree to the matters set forth below:

1. The time by which Defendants are required to answer the Complaint is extended through and including April 15, 2022.

2. Defendants do not challenge personal jurisdiction and waive any objection to service of process of the Summons and Complaint in this adversary proceeding.

Respectfully submitted,

| | |
|---|---|
| Dated: February 18, 2022 | Dated: February 22, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | GOODWIN PROCTER LLP |
| */s/ Ilan D. Scharf* | */s/ Kizzy L. Jarashow* |
| Bradford J. Sandler (NY Bar No. 4499877) | Kizzy L. Jarashow (NY Bar No 4617486) |
| Ilan D. Scharf (NY Bar No. 4042107) | The New York Times Building |
| Jason S. Pomerantz (admitted *pro hac vice*) | 620 Eighth Avenue |
| 780 Third Avenue, 34th Floor | New York, NY 10018 |
| New York, NY 10017 | Telephone: (212) 459-7338 |
| Telephone: (212) 561-7700 | Email: KJarashow@goodwinlaw.com |
| Email: bsandler@pszjlaw.com | |
| ischarf@pszjlaw.com | *Counsel to Defendants Amarin* |
| jspomerantz@pszjlaw.com | *Pharmaceuticals, Inc.; Amarin Pharma, Inc.;* |
| | *Amarin Pharmaceuticals Ireland Limited;* |
| *Counsel to Plaintiff RDC Liquidating Trust* | *Amarin Pharmaceuticals Ireland Limited d/b/a/* |
| | *Amarin Pharmaceuticals Limited* |

SO ORDERED:

DATED: _____, 2022      _____
      Rochester, New York      HON. PAUL R. WARREN
            United States Bankruptcy Judge

2
DOCS_LA:342477.1 75015/003
Case 2-22-02007-PRW, Doc 4, Filed 02/22/22, Entered 02/22/22 17:30:54, Description: Main Document , Page 2 of 2