Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>AMARIN PHARMACEUTICALS, INC.; AMARIN PHARMA, INC.; AMARIN PHARMACEUTICALS IRELAND LIMITED; AMARIN PHARMACEUTICALS IRELAND LIMITED d/b/a AMARIN PHARMACEUTICALS LIMITED,<br><br>　　　　　　　　Defendants. | Adv. Proc. No. 22-02007 (PRW) |

**SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendants, Amarin Pharmaceuticals, Inc.; Amarin Pharma, Inc.; Amarin Pharmaceuticals Ireland

Limited; Amarin Pharmaceuticals Ireland Limited d/b/a/ Amarin Pharmaceuticals Limited ("Defendants", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendants were served with the Summons and Complaint; and

WHEREAS, on February 22, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendants to answer the Complaint was extended through and including April 15, 2022. The First Stipulation was approved by order entered February 23, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1. The Parties have an agreement in principle to settle the matter and request, subject to Court approval, a further extension of time for Defendants to answer the Complaint to and including June 15, 2022. This will allow the Parties sufficient time to document and complete the settlement.

[*Remainder of Page Intentionally Left Blank*]

2. All other terms set forth in the First Stipulation remain in full force and effect.

Respectfully submitted,

| | |
|---|---|
| Dated: April 7, 2022 | Dated: April 7, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | GOODWIN PROCTER LLP |
| */s/ Ilan D. Scharf* | */s/ Kizzy L. Jarashow* |
| Bradford J. Sandler (NY Bar No. 4499877) | Kizzy L. Jarashow (NY Bar No 4617486) |
| Ilan D. Scharf (NY Bar No. 4042107) | The New York Times Building |
| Jason S. Pomerantz (CA Bar No. 157216) | 620 Eighth Avenue |
| 780 Third Avenue, 34th Floor | New York, NY 10018 |
| New York, NY 10017 | Telephone: (212) 459-7338 |
| Telephone: (212) 561-7700 | Email: KJarashow@goodwinlaw.com |
| Email: bsandler@pszjlaw.com | |
| ischarf@pszjlaw.com | *Counsel to Defendants Amarin Pharmaceuticals, Inc.; Amarin Pharma, Inc.; Amarin Pharmaceuticals Ireland Limited; Amarin Pharmaceuticals Ireland Limited d/b/a/ Amarin Pharmaceuticals Limited* |
| jspomerantz@pszjlaw.com | |
| *Counsel to Plaintiff RDC Liquidating Trust* | |

SO ORDERED:

DATED: _____, 2022      _____
       Rochester, New York          HON. PAUL R. WARREN
                                                          United States Bankruptcy Judge